## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| SHANNON D. TYUS,<br>      Plaintiff, | CASE NO. 3:18-cv-00139-CRS<br>**ELECTRONICALLY FILED** |
| vs. | Senior Judge Charles R. Simpson, III |
| WELLS FARGO BANK, N.A. d/b/a<br>WELLS FARGO DEALER SERVICES;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRANS UNION, LLC; and EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>      Defendants. | |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Shannon D. Tyus, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Shannon D. Tyus against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Shannon D. Tyus and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

September 13, 2018

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**